# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES McREYNOLDS, <br> BOP Reg. # 09820-003, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> CIVIL ACTION 16-0331-CG <br> CRIMINAL NO. 07-00116-CG-N |

## JUDGMENT

In accordance with the Order entered this date dismissing Petitioner James McReynolds's 28 U.S.C. § 2255 motion, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Petitioner McReynolds, and that McReynolds is not entitled to a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 16th day of March, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE